IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKESHIA R. EDMOND,<br>     Plaintiff, | § § § | |
| v. | § § | 3:15-CV-03857-M-BK |
| FAIR COLLECTIONS &<br>OUTSOURCING, INC.,<br>     Defendant. | § § § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that Defendant's *Motion to Dismiss* is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

SIGNED this 31 day of March, 2016.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS